SILVERBERG STONEHILL GOLDSMITH & HABER, P.C.
ATTORNEYS AT LAW
111 WEST 40TH STREET
NEW YORK, NEW YORK 10018

(212) 730-1900

FACSIMILE
(212) 391-4556

February 11, 2008

**By Hand**

Honorable Richard Owen
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/08
```

    Re: Century Business Credit Corporation v. Salygin, et al
      Civil Action No.: 03 CV 4846

Honorable Sir:

  I am writing to inform you that the parties have reached a settlement fully resolving the above-mentioned matter. Enclosed please find a copy of the duly executed Stipulation of Settlement.

  In light of the foregoing, it is respectfully requested that the <u>bench warrant issued on May 15, 2007 for Mr. Salygin's arrest be cancelled.</u> ]*

  Should you require any further documentation or information, please do not hesitate to contact the undersigned.

               Respectfully,

               *[signature]*
               Michael B. Goldsmith

MBG/lks
Enclosure

cc: Steve Orlikoff, Esq.
   (By E-mail)

               ↑SO ORDERED

               *[signature]*
               GERARD E. LYNCH, U.S.D.J.
               2/13/08
               Part I, for Judge Owen